

FILED

JAN 26 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiffs, ) | No. 1:02-CR-05367-001 LJO |
| ) | |
| vs. ) | ORDER OF RELEASE |
| ) | |
| VICTOR MARQUEZ, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

A status conference re: drug treatment program was held on 1/24/2017. The defendant has been accepted to the Victory Outreach S.W. Bakersfield, CA facility located at 6404 Castleton Street, Bakersfield, California. The defendant shall be released to Victor Santana, a representative of Victory Outreach on Friday, January 27, 2017 at 5:00pm from the Kern County Jail in Lerdo, California.

The defendant shall be released with the same previously ordered conditions of supervised release issued on July 14, 2003.

Status Conference set for June 12, 2017 at 8:30am before Judge O'Neill.

Dated: January 26, 2017    _____
HONORABLE LAWRENCE J. O'NEILL
CHIEF, UNITED STATES DISTRICT JUDGE